IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAGNER OMAR CHIROY-LOPEZ,**<br>Petitioner,<br><br>v.<br><br>**J.L. JAMISON, MICHAEL T. ROSE, KRISTI NOEM, PAMELA BONDI, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE OF IMMIGRATION REVIEW,**<br>Respondents. | CIVIL ACTION<br><br><br><br><br>NO. 26-1075 |

# O R D E R

**AND NOW**, this 19th day of February, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2. Respondents shall file and serve a response on or before **February 23, 2026**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    HODGE, KELLEY B., J.