# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WAGNER OMAR CHIROY-LOPEZ        :
                                :
*Petitioner,*                   :
                                :
        *v.*                    :        Civil Action No.    26cv1075
                                :
JAMAL L. JAMISON, *et al.*       :
                                :
*Respondents.*                  :

## STIPULATION AND ORDER

On February 24, 2026 granted the petition for writ of habeas corpus. (Doc. No. 4). In that Order, the Court instructed Respondents to respond to the Petition's request for costs and fees by March 3, 2026.

The parties stipulate and agree to respectfully request that the Respondents' response to the request for attorneys' fees and costs be extended to March 9, 2026. Petitioner has proposed a resolution to Respondents. The extension will allow Respondents to consider a proposed resolution to this issue and for the parties to continue considering a resolution without further filings.

1

Dated: March 3, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ *Michael Geoffino*
MICHAEL GEOFFINO, ESQ.
Defender Association of Philadelphia
1441 Sansom St.
Philadelphia, PA 19102
Phone: (215) 568-3190
Email: mngeoffino@philadefender.org

*Counsel for Petitioner*

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8200
Email:  Anthony.stjoseph@usdoj.gov

*Counsel for Respondents*

**Accordingly, it is so ORDERED**:

BY THE COURT

Dated: March 5, 2026

 /s/ Hon. Kelley B. Hodge
HODGE, KELLEY B.
United States District Court Judge

2