### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAGNER OMAR CHIROY-LOPEZ,**<br>**Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, MICHAEL T. ROSE,**<br>**KRISTI NOEM, PAMELA BONDI, U.S.**<br>**DEPARTMENT OF HOMELAND**<br>**SECURITY, EXECUTIVE OFFICE OF**<br>**IMMIGRATION REVIEW,**<br>        **Respondents.** | **NO.  26-1075** |

### O R D E R

**AND NOW**, this 17th day of July, 2026, this Court, (a) by Memorandum and Order dated February 24, 2026, having granted the Petition for Writ of *Habeas Corpus* and (b) by Order dated April 13, 2026, having denied petitioner's Motion for Attorney Fees, **IT IS ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

                                 **BY THE COURT:**

                                 **/s/ Hon. Kelley B. Hodge**

                                  **HODGE, KELLEY B., J.**